**SEND**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 09-5470 PA (AGRx) | Date | October 15, 2009 |
|---|---|---|---|
| Title | Jeff Ryan v. Southern California Gas Co., et al. | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Paul Songco | None | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**     ORDER TO SHOW CAUSE

      The Court is in receipt of the Complaint filed by plaintiff Jeff Ryan ("Plaintiff"). Plaintiff's Complaint brings claims against Defendant Southern California Gas Company ("the Gas Company") for breach of contract, defamation, and invasion of privacy. The claims against the Gas Company arise out of its decision to terminate Plaintiff after he failed a random drug test. Plaintiff also brings claims against Defendants Utility Workers Union of America Local 132 ("Local 132") and Utility Workers Union of America ("UWUA") for breach of the duty of fair representation. The claims against Local 132 and UWUA arise out of their failure to bring Plaintiff's grievance to arbitration when he attempted to protest his termination.

      Federal Rule of Civil Procedure 20(a)(2) provides that defendants may be joined in an action if "(A) any right to relief is asserted against them jointly, severally, or in the alternative with respect to or arising out of the same transaction, occurrence, or series of transactions or occurrences; and (B) any question of law or fact common to all defendants will arise in the action." Here, it appears that the Gas Company's termination of Plaintiff and the failure by Local 132 and UWUA to bring Plaintiff's grievance to arbitration do not arise out of the same transaction or occurrence, and do not involve common questions of law or fact. Furthermore, it does not appear that relief is sought against the Defendants jointly, severally, or in the alternative. Accordingly, Plaintiff is hereby ordered to show cause in writing, no later than October 22, 2009, why the Gas Company should not be dropped for misjoinder pursuant to Federal Rule of Civil Procedure 21.

      In response to this Order to Show Cause, Plaintiff may, if he so chooses, file a separate action against the Gas Company, with a new complaint and filing fee. Failure to respond to this order to show cause by October 22, 2009 – either in writing or by filing a separate action against the Gas Company – will result in the dropping of the Gas Company pursuant to Federal Rule of Civil Procedure 21.

      IT IS SO ORDERED.