1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JEFF RYAN, | CV 09-5470 PA (AGRx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| SOUTHERN CALIFORNIA GAS COMPANY, et al., | |
| Defendants. | |

In accordance with the Court's Minute Order of April 5, 2010 granting the Motions for Summary Judgment filed by defendants Southern California Gas Company and Utility Workers Union of America Local 132, as well the Court's Minute Order of October 26, 2009 granting defendant Utility Workers Union of America's Motion to Dismiss, there are no remaining claims pending in this action.

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that judgment is entered in this action as follows:

1. Defendants Southern California Gas Company and Utility Workers Union of America Local 132 shall have judgment in their favor against plaintiff Jeff Ryan ("Plaintiff");

2. Plaintiff's claims against defendant Utility Workers Union of America are dismissed without prejudice; and

3. Plaintiff takes nothing and defendants Southern California Gas Company, Utility Workers Union of America Local 132, and Utility Workers Union of America shall have their costs of suit.

IT IS SO ORDERED.

DATED: April 16, 2010

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE